ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 MAY 19 AM 11: 27
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TYRONCE LOVIQUE BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 316-008 |
| DODGE COUNTY SHERIFF DEPT.; OCONEE TASK FORCE; FNU BELLFLOWER, Deputy; TIMOTHY VAUGHN; JUDGE FREDERICK MULLIS; STEVE HARRIS; JOHNNY MAE FLUELLEN; and KIP CROWEY, | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this 19 day of May, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE