# United States District Court
## Southern District of Georgia

TYRONCE LOVIQUE BROWN,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV316-008

DODGE COUNTY SHERIFF DEPT.; OCONEE TASK FORCE; FNU BELLFLOWER, Deputy; TIMOTHY VAUGHN; JUDGE FREDERICK MULLIS; STEVE HARRIS; JOHNNY MAE FLUELLEN; and KIP CROWEY,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on May 19, 2016, the Report and Recommendation of the Magistrate Judge is ADOTPED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED without prejudice and this civil action stands CLOSED.

May 19, 2016
Date



Scott L. Poff
Clerk

(By) Deputy Clerk